UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                                                      ORDER
     v.                                                                       09-CR-334

LANCE TWOGUNS,

                      Defendant.

The court grants defendant's request for a stay to August 27, 2010 to report to the Bureau of Prisons to serve his sentence. The original date for surrender was July 27, 2010.

     SO ORDERED.

                                                  *s/ Richard J. Arcara*
                                                HONORABLE RICHARD J. ARCARA
                                                UNITED STATES DISTRICT JUDGE

DATED: July 27, 2010